

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-19-00433-CR

Troy **SANCHEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 19-03-047-CRW
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The Appellant's Pro se Motion for Access to Appellate Record is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court